# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17760-MDC

KEITH CARMINE BURRELL

3009 BURTON DRIVE

GILBERTSVILLE, PA 19525

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KEITH CARMINE BURRELL

    3009 BURTON DRIVE

    GILBERTSVILLE, PA 19525

Counsel for debtor(s), by electronic notice only.

    ALAN BRIAN JONES
    P.O. BOX 627

    LAKE ARIEL, PA 18436-0627

Date: 1/23/2019

                                                   /S/ William C. Miller
                                                 _____

                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee