**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KEITH CARMINE BURRELL              Chapter 13

                    Debtor         Bankruptcy No. 18-17760-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____28th____ day of ____February____, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN BRIAN JONES
P.O. BOX 627

LAKE ARIEL, PA 18436-0627

Debtor:
KEITH CARMINE BURRELL

3009 BURTON DRIVE

GILBERTSVILLE, PA 19525