IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | } |
| KEITH CARMINE BURRELL | }  CHAPTER 13 |
| Debtor | }  CASE #: 18-17760-MDC |

### AMENDED PROPOSED ORDER

UPON reading the Debtor's Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion and Supporting Petition to Vacate a February 28, 2019 Order of this Court which dismissed Debtor's Chapter 13 Bankruptcy Case, and for an Order of this Court Reinstating Debtor's Chapter 13 Bankruptcy Case to the Court's Active Docket, all of which were served on Debtor's Creditors and upon William C. Miller, Esquire, Debtor's Chapter 13 Standing Trustee, and no Objections having be filed by any party, and good cause being shown, it is

ORDERED, ADJUDGED, AND DECREED THAT Debtor's Motion is GRANTED and:

1. That this Court's February 28, 2019 Order is Vacated;
2. That Debtor's Chapter 13 Bankruptcy Petition is reinstated to the Court's active docket; and
3. That the Hearing scheduled for 11:00 A.M. on Thursday, April 11, 2019, concerning Debtor's Motion to Vacate and Reinstate is cancelled a moot.

Dated: _____

                                            _____
                                            Magdeline D. Coleman
                                            Bankruptcy Judge