IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KEITH CARMINE BURRELL<br>A/K/A KEITH BURRELL<br><br>    DEBTOR | CHAPTER 13<br>BKY. NO.: 18-17760-MDC |

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

**KEITH CARMINE BURRELL**, **a/k/a KEITH BURRELL** Debtor (**hereinafter referred to as Debtor**), has filed a Motion with the Court to Vacate a February 28, 2019 Order of this Court Dismissing Debtor's Chapter 13 Bankruptcy Case, and for a New Order Reinstating Debtor's Chapter 13 Bankruptcy Case to the Court's Active Docket.

1. <u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy Case. (if you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the Court to grant the relief sought in the Debtor's Motion** or if you want the Court to consider your views on the Debtor's Motion, then on or before fourteen (14) days of your receipt of the enclosed documents, **you or your attorney must file a response to the Motion (See instructions on the next page).**

3. **A Hearing on the Motion** is scheduled to be held on **Thursday, April 11, 2019 at 11:00 A.M. in the Courtroom of The Honorable Magdeline D. Coleman in the United States Bankruptcy Court for the Eastern District of Pennsylvania located at 900 Market Street, Philadelphia, Pennsylvania 19107.**

4. Unless the Court orders otherwise, the Hearing on this contested matter shall be an <u>**evidentiary hearing**</u>.

5. **If you do not respond to the Motion**, the Court may cancel the hearing and enter an Order granting the relief requested in the Motion.

6. You may contact the Bankruptcy Court's Office for Philadelphia Cases at (215)-408-2800 to find out whether the hearing has been cancelled because no one filed a response one case.

7. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the Hearing attorney whose name and address is listed in the next page of this Notice.

### Filing Instructions

8. **If you are required to file documents electronically the Local Bankruptcy Rule 5005-1,** you must file your response electronically.

9. **If you are not required to file electronically**, you must file your response at:

> **Clerk of the Bankruptcy Court**
> **United States Bankruptcy Court**
> **Eastern District of Pennsylvania**
> **900 Market Street**
> **Philadelphia, Pennsylvania 19107**

10. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page.

11. On the same day you file your response to the Motion, you must mail or deliver a copy of the response to the movant's attorney:

> **Alan Brian Jones, Esquire**
> **Law Offices of Alan Brian Jones**
> **P.O. Box 627**
> **Lake Ariel, Pennsylvania 18436-0627**
> **Telephone No. 570-698-7505**
> **Fax No.: 570-698-8184**
> **E-mail address: abjlaw1945@gmail.com**

March 14,2019