## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

KEITH CARMINE BURRELL

　　　　　　　Debtor　　　/

Case No.: 18-17760-mdc
Chapter: 13

### CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

　　On March 15, 2019, the Debtor, KEITH CARMINE BURRELL, through his attorney, Alan Brian Jones, Esquire:

1. Electronically filed this Certificate of No Response and Request for Entry of Order with this Court;
2. On March 15, 2019, Debtor, through his attorney, electronically filed with this Honorable Court: a Notice of Motion, Response Deadline and Hearing Date, a Motion with a Supporting Petition and Exhibits, and a Proposed Order requesting this Honorable Court to:
    a. Vacate a February 28, 2019 Order of this Court, which February 28, 2019 Order dismissed the Debtor's Chapter 13 Bankruptcy Case; and
    b. Issue a New Order reinstating Debtor's Chapter 13 Case to the Active Court Docket.

The Notice of Motion, Response Deadline and Hearing Date, the formal Motion with accompanying, supporting Petition with Exhibits, and a Proposed Order were all served upon William C. Miller, Esquire, the Standing Trustee, all of the Debtor's Creditors, and other interested parties.

3. The motion contained the required negative notice bulletin.

4. The deadline for response to the motion was March 28, 2019.

5. A check of the electronic entries docketed in this case as of April 9, 2019 confirms that no objections to or requests for hearing on the motion have been filed.

　　Debtor seeks the entry of the Order Granting Debtor's Motion

DATED: April 9, 2019

　　　　　　　　　　　　　　　Alan Brian Jones, Esquire
　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　PA Bar # 63663
　　　　　　　　　　　　　　　Address: P.O. Box 628
　　　　　　　　　　　　　　　Lake Ariel, PA 18436-0627
　　　　　　　　　　　　　　　Telephone: 570-698-7505
　　　　　　　　　　　　　　　Facsimile: 570-698-8184
　　　　　　　　　　　　　　　e-mail: abjlaw1945@gmail.com