## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                Case No.: 18-17760-mdc
                                                                      Chapter: 13
**KEITH CARMINE BURRELL**

_____Debtor____/

## AMENDED CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

The Debtor, KEITH CARMINE BURRELL, through his attorney, Alan Brian Jones, Esquire:

1. On April 10, 2019, electronically filed this Certificate of No Response, and Request for Entry of Order with this Court;
2. On March 15, 2019, Debtor, through his attorney, Alan Brian Jones, Esquire, electronically filed with this Honorable Court: a Notice of Motion, Response Deadline and Hearing Date, a Motion with a Supporting Petition and Exhibits, and a Proposed Order requesting this Honorable Court to:
    a. Vacate a February 28, 2019 Order of this Court, which February 28, 2019 Order dismissed the Debtor's Chapter 13 Bankruptcy Case; and
    b. Issue a New Order reinstating Debtor's Chapter 13 Case to the Active Court Docket.

The Notice of Motion, Response Deadline and Hearing Date, the formal Motion with accompanying, supporting Petition with Exhibits, and a Proposed Order were all served upon William C. Miller, Esquire, the Standing Trustee, all of the Debtor's Creditors, and other interested parties.

3. The motion contained the required negative notice bulletin.

4. The deadline for response to the motion was March 31, 2019.

5. A check of the electronic entries docketed in this case as of April 9, 2019 confirms that no objections to or requests for hearing on the motion have been filed.

Debtor seeks the entry of the Order Granting Debtor's Motion

DATED: April 10, 2019

_____
Alan Brian Jones, Esquire
Attorney for Debtor
PA Bar # 63663
Address: P.O. Box 627
Lake Ariel, PA 18436-0627
Telephone: 570-698-7505
Facsimile: 570-698-8184
e-mail: abjlaw1945@gmail.com