IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KEITH CARMINE BURRELL<br>A/K/A KEITH BURRELL<br><br>DEBTOR | CHAPTER 13<br>CASE #: 18-17760-MDC |

ORDER

UPON CONSIDERATION of the Debtor's Motion and Supporting Petition to Vacate a February 28, 2019 Order of this Court Dismissing Debtor's Chapter 13 Bankruptcy Case, and for an Order Reinstating Debtor's Chapter 13 Bankruptcy Case to the Court's Active Docket, it is

ORDERED, ADJUDGED, AND DECREED THAT Debtor's Motion is GRANTED and that:

1. The Court's February 19, 2019 Motion is vacated; and

2. The Debtor's Chapter 13 Bankruptcy Petition is reinstated to the Court's active docket.

Dated: 6/13/19

_____ B.J.
MDC