IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> KEITH CARMINE BURRELL <br><br> DEBTOR | CHAPTER 13 <br> BKY #: 18-17760-MDC |

### CERTIFICATE OF SERVICE

NOW COMES THE DEBTOR, KEITH CARMINE BURRELL, by and through his attorney, Alan Brian Jones, Esquire, and submits this CERTIFICATE OF SERVICE stating the fact that on Thursday, August 29, 2019, the Debtor filed with the Court the following document on the parties listed in the attached Exhibit:

> Debtor's Answer with Exhibits in Opposition to the Standing Trustee's Motion to Dismiss the Debtor's Chapter 13 Bankruptcy Case for Alleged Failure of the Debtor to make Debtor's Chapter 13 Plan payments.

Dated: August 29, 2019

Alan Brian Jones, Esquire
Attorney for Debtor, Keith Carmine Burrell
PA Supreme Court Number 63663
P.O. Box 627
Lake Ariel, Pennsylvania 18436-0627
Telephone: 570-698-7505
Facsimile: 570-698-8184
Mobile: 570-470-1329
E-mail: abjlaw1945@gmail.com

# EXHIBIT

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| WILLIAM C. MILLER, ESQUIRE<br>P.O. BOX 1229<br>PHILADELPHIA, PENNSYLVANIA | Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CHASE AUTO FINANCE<br>P.O. BOX 78067<br>PHOENIX, ARIZONA 85062-8067 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CHASE CREDIT CARD<br>795 E. LANCASTER AVENUE<br>VILLANOVA, PA 19085 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CITI CARD<br>P.O. BOX 6500<br>SIOUX FALLS, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DIAMOND CREDIT UNION<br>1600 MEDICAL DRIVE<br>POTTSTOWN, PA 19464 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| OLSA STUDENT LOAN SERVICING<br>525 PARK AVENUE<br>OKLAHOMA CITY, OK 73106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| QUICKEN LOANS, INC.<br>P.O. BOX 6577<br>CAROL STREAM, IL 60197-6577 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| STEPHANIE ANN BURRELL<br>3009 BURTON DRIVE<br>GILBERTSVILLE, PA 19525-8895 | Non-filing wife of debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16