## Keith Burrell September and October Pay Information

### Statement of Earnings For: Keith Carmine Burrell — Jab Distributors LLC

Employee #: 0233  
Clock Number: —  
Company Id: 3991  
Division: 01  
Department: 0100  
Federal Filing: Married  
State Filing:  
Period Begin: 9/1/2018  
Period End: 9/15/2018  
Exemptions: 6  
Check Date: 9/14/2018  
Pay Type: Salary  
1500 S Wolf Road, Wheeling, IL 60090-0000

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V1178806 | $0.00 | $4,791.67 | $3,535.28 |

**EARNINGS**

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 0.00 | 4,349.38 | 0.00 | 70,990.48 |
| Holiday | | 8.00 | 442.29 | 40.00 | 2,211.45 |
| *Co 401k | | 0.00 | 143.75 | 0.00 | 1,411.83 |
| Comm 1 | | 0.00 | 0.00 | 0.00 | 7,734.73 |
| PTO | | 0.00 | 0.00 | 32.00 | 1,769.16 |
| Sick | | 0.00 | 0.00 | 8.00 | 442.29 |
| Fringe | | 0.00 | 0.00 | 0.00 | 50.00 |
| *PA City/SD Wage | | 0.00 | 0.00 | 0.00 | -8,330.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 269.14 | 4,850.91 |
| MED EE | 62.95 | 1,134.49 |
| FEDERAL WH | 305.54 | 6,605.59 |
| PENNSYLVANIA | 133.27 | 2,401.97 |
| NEW HANOVER | 49.92 | 849.27 |
| PENNSYLVANIA | 2.88 | 49.92 |
| NEW HANOVER | 0.00 | 10.00 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Expreim | -161.76 | -1,307.80 |
| Expense | 0.00 | 13.00 |
| 401K | 143.75 | 1,411.83 |
| Dental | 24.56 | 270.16 |
| Med 125 | 426.14 | 4,687.54 |

### Statement of Earnings For: Keith Carmine Burrell — Protect-A-Bed LLC

Employee #: 0233  
Period Begin: 9/16/2018  
Period End: 9/30/2018  
Check Date: 9/28/2018  
Pay Type: Salary  
1500 S Wolf Road, Wheeling, IL 60090-0000

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V1206571 | $0.00 | $6,375.53 | $4,427.58 |

**EARNINGS**

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 0.00 | 4,791.67 | 0.00 | 4,791.67 |
| Comm 1 | | 0.00 | 1,583.86 | 0.00 | 1,583.86 |
| *Co 401k | | 0.00 | 191.27 | 0.00 | 191.27 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 367.34 | 367.34 |
| MED EE | 85.91 | 85.91 |
| FEDERAL WH | 588.88 | 588.88 |
| PENNSYLVANIA | 181.89 | 181.89 |
| NEW HANOVER | 68.13 | 68.13 |
| PENNSYLVANIA | 3.83 | 3.83 |
| NEW HANOVER | 10.00 | 10.00 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| 401K | 191.27 | 191.27 |
| Dental | 24.56 | 24.56 |
| Med 125 | 426.14 | 426.14 |

### Statement of Earnings For: Keith Carmine Burrell — Protect-A-Bed LLC

Employee #: 0233  
Period Begin: 10/1/2018  
Period End: 10/15/2018  
Check Date: 10/15/2018  
Pay Type: Salary  
1500 S Wolf Road, Wheeling, IL 60090-0000

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V1238573 | $0.00 | $4,791.67 | $3,590.69 |

**EARNINGS**

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 0.00 | 4,791.67 | 0.00 | 9,583.34 |
| *Co 401k | | 0.00 | 143.75 | 0.00 | 335.02 |
| Comm 1 | | 0.00 | 0.00 | 0.00 | 1,583.86 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 267.54 | 634.88 |
| MED EE | 62.57 | 148.48 |
| FEDERAL WH | 302.44 | 891.32 |
| PENNSYLVANIA | 132.48 | 314.37 |
| NEW HANOVER | 49.63 | 117.76 |
| PENNSYLVANIA | 2.87 | 6.70 |
| NEW HANOVER | 0.00 | 10.00 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Expreim | -236.82 | -236.82 |
| 401K | 143.75 | 335.02 |
| Dental | 24.56 | 49.12 |
| Med 125 | 451.96 | 878.10 |

### Statement of Earnings For: Keith Carmine Burrell — Protect-A-Bed LLC

Employee #: 0233  
Period Begin: 10/16/2018  
Period End: 10/31/2018  
Check Date: 10/31/2018  
Pay Type: Salary  
1500 S Wolf Road, Wheeling, IL 60090-0000

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V1263886 | $0.00 | $5,512.54 | $3,870.52 |

**EARNINGS**

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 0.00 | 4,791.67 | 0.00 | 14,375.01 |
| Comm 1 | | 0.00 | 720.87 | 0.00 | 2,304.73 |
| *Co 401k | | 0.00 | 165.38 | 0.00 | 500.40 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 312.23 | 947.11 |
| MED EE | 73.02 | 221.50 |
| FEDERAL WH | 399.04 | 1,290.36 |
| PENNSYLVANIA | 154.61 | 468.98 |
| NEW HANOVER | 57.91 | 175.67 |
| PENNSYLVANIA | 3.31 | 10.01 |
| NEW HANOVER | 0.00 | 10.00 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Expreim | 0.00 | -236.82 |
| 401K | 165.38 | 500.40 |
| Dental | 24.56 | 73.68 |
| Med 125 | 451.96 | 1,330.06 |