# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                : CHAPTER 13
**Keith Carmine Burrell**                      :
                                                            : BANKRUPTCY NO. **18-17760 MDC**
            Debtor (s)

# P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 1/16/2020 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                                                        Respectfully submitted,

Date: 11/25/19                                              /s/Leeane O. Huggins, Esquire for
                                                                        William C. Miller, Esquire
                                                                        Chapter 13 Standing Trustee
                                                                        P.O. Box 1299
                                                                        Philadelphia, PA  19105

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Keith Carmine Burrell :
        Debtor(s) : BANKRUPTCY NO.  18-17760 mdc

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Keith Carmine Burrell
3009 Burton Drive
Gilbertsville, PA 19525

ALAN BRIAN JONES
Law Office of Alan Brian Jones
P.O. Box 627
Lake Ariel, PA 18436-0627

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
200 Chestnut Street, Suite 502
Philadelphia, PA  19106

Date: 11/25/19            /s/Leeane O. Huggins, Esquire for
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee