*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Keith Carmine Burrell
    Debtor(s)

Case No: 18−17760−mdc

Chapter: 13

---

*NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 1/16/20 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

71
Form 152