```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                          Case No. 18-17760-mdc
Keith Carmine Burrell                                           Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2                  Date Rcvd: Nov 27, 2019
                              Form ID: 152                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db             +Keith Carmine Burrell,    3009 Burton Drive,    Gilbertsville, PA 19525-8895
14241467        ALAN BRIAN JONES, ESQUIRE,    P.O. BOX 627,    LAKE ARIEL, PA 18436-0627
14241454        CHASE AUTO FINANCE,    P.O. BOX 78101,    PHOENIX, AZ 85062-8101
14241455       +CHASE CREDIT CARD,    795 E. LANCASTER AVENUE,    VILLANOVA, PA 19085-1500
14241456       +CITI CARD,   P.O. BOX 6500,    SIOUX FALLS, SD 57117-6500
14261418       +Chase Bank USA, N.A.,    PO BOX 15368,    Wilmington DE 19850-5368
14261287       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14241457       +DIAMOND CREDIT UNION,    1600 MEDICAL DRIVE,    POTTSTOWN, PA 19464-3242
14241458        DISCOVER CARD,   P.O. BOX 742655,    CINCINATI, OH 45274-2655
14241459        DISNEY REWARDS,    CHASE CARDMEMBER SERVICE,    P.O. BOX 1423,    CHARLOTTE, NC 28201- 1423
14241460        FIRESTONE (CFNA),    CREDIT FIRST NA,    P.O. BOX 81344,    CLEVELAND, OH 44188-0344
14250370        JPMorgan Chase Bank, N.A.,    P.O. Box 901032,    Ft. Worth TX 76101-2032
14244393        JPMorgan Chase Bank, N.A.,    c/o Karina Velter, Esquire,    Manley Deas Kochalski LLC,
                 PO Box 16508,    Columbus, OH   43216-5028
14241461        KENNETH D. BELL,    RECEIVER REX VENTURE GROUP,    P.O. BOX 10252,    DUBLIN, OH 43017-5752
14241462        LCA COLLECTIONS,    P.O. BOX 2240,    BURLINGTON, NC 27216-2240
14241463        OLSA STUDENT LOAN SERVICING,    525 PARK AVENUE,    OKLAHOMA CITY, OK 73106
14253790        OSLA Student Loan Servicing,    P.O. Box 18475,    Oklahoma City, OK   73154-0475
14241464        QUIKEN LOANS, INC.,    P.O. BOX 6577,    CAROL STREAM, IL 60197-6577
14254063       +Quicken Loans Inc.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14241465        STEPHANIE ANN BURRELL,    3009 BURTON DRIVE,    GILBERTSVILLE, PA 19525-8895
14415046        U.S. Department of Education,    PO Box 4278,    Portland OR   97208-4278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 28 2019 02:48:41      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 28 2019 02:48:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14241453        E-mail/Text: bk.notifications@jpmchase.com Nov 28 2019 02:48:13      CHASE AUTO FINANCE,
                 P.O. BOX 78067,    PHOENIX, ARIZONA 85062-8067
14244203        E-mail/Text: mrdiscen@discover.com Nov 28 2019 02:48:08      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14259175        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 02:56:22      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14237869        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2019 02:48:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14263416       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 28 2019 02:48:33      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14241452        CREDITOR LISTING
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14241466*       KEITH CARMINE BURRELL,    3009 BURTON DRIVE,    GILBERTSVILLE, PA 19525-8895
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2         User: Virginia              Page 2 of 2                   Date Rcvd: Nov 27, 2019
                             Form ID: 152                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              ALAN BRIAN JONES    on behalf of Debtor Keith Carmine Burrell abjlaw1945@gmail.com,
               jonesar88652@notify.bestcase.com
              KARINA   VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              LEEANE O. HUGGINS    on behalf of Trustee WILLIAM C. MILLER, Esq. lhuggins@ph13trustee.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Keith Carmine Burrell
    Debtor(s)

Case No: 18−17760−mdc

Chapter: 13

---

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 1/16/20 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

71
Form 152