# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Keith Carmine Burrell aka Keith Burrell<br>　　　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| Quicken Loans Inc., its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs. | |
| Keith Carmine Burrell aka Keith Burrell<br>　　　　　　　　　Debtor(s) | NO. 18-17760 MDC |
| William C. Miller Esq.<br>　　　　　　　Trustee | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about **January 17, 2019, docket number 21**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

March 20, 2020