**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

KEITH CARMINE BURRELL,              Chapter 13

                Debtor              Bankruptcy Case No.: 18-17760-MDC

### CERTIFICATION OF SERVICE OF DEBTOR'S AMENDED CHAPTER 13 PLAN

I, Alan Brian Jones, Esquire, the attorney of record for the above-captioned Debtor, hereby certifies:

1.  That on February 20, 2020, a copy of the Debtor's Amended Chapter 13 Plan was electronically filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania;

2.  That Notice of this filing has been sent through the Court's Electronic Case Filing System to the Debtor's Creditors as those Creditors are listed in the Debtor's List of Creditors, which Debtor's List of Creditors is attached hereto and made a part hereof a Debtor's Exhibit "A"; and

3.  That Notice of this filing was also sent through the Court's Electronic Case Filing System to William C. Miller, Esquire, the Debtor's Standing Trustee, to LeeAnne Huggins, Esquire, representing the Debtor's Standing Trustee's Office, and to the United States Trustee in Philadelphia, Pennsylvania.

The Parties listed in the Debtor's Exhibit "A", as well as the William C. Miller, Esquire Local Standing Trustee, LeeAnne Huggins, Esquire representing the Standing Trustee's Office, and the United State Trustee in Philadelphia Pennsylvania, may each access the filing of Debtor's Amended Chapter 13 Plan through the Court's Electronic Case Filing System.

Dated: March 31, 2020

Alan Brian Jones, Esquire
Attorney for Debtor, Keith Carmine Burrell
PA Attorney Identification Number: 63663
Office Mailing Address: P.O. Box 627
Lake Ariel, Pennsylvania 18436-0627
Office Telephone: (570)-698-7505
Office Facsimile: (570)-698-8184
Mobile Telephone: (570)-470-1329
Office Email: abjlaw1945@gmail.com

# EXHIBIT "A"

**18-17760-mdc** Keith Carmine Burrell
Case type: bk Chapter: 13 Asset: Yes Vol: v Chief Judge: Magdeline D. Coleman
Date filed: 11/26/2018 Date of last filing: 03/20/2020

## Creditors

**ALAN BRIAN JONES, ESQUIRE**
P.O. BOX 627
LAKE ARIEL, PA 18436-0627

(12/04/18)
(14241467)
(cr)

**CHASE AUTO FINANCE**
P.O. BOX 78101
PHOENIX, AZ 85062-8101

(12/04/18)
(14241454)
(cr)

**CHASE AUTO FINANCE**
P.O. BOX 78067
PHOENIX, ARIZONA 85062-8067

(12/04/18)
(14241453)
(cr)

**Chase Bank USA, N.A.**
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

(01/22/19)
(14261287)
(cr)

**Chase Bank USA, N.A.**
PO BOX 15368
Wilmington DE 19850

(01/22/19)
(14261418)
(cr)

**CHASE CREDIT CARD**
795 E. LANCASTER AVENUE
VILLANOVA, PA 19085

(12/04/18)
(14241455)
(cr)

**CITI CARD**
P.O. BOX 6500
SIOUX FALLS, SD 57117

(12/04/18)
(14241456)
(cr)

**CREDITOR LISTING**

(12/04/18)
(14241452)
(cr)

**DIAMOND CREDIT UNION**
1600 MEDICAL DRIVE
POTTSTOWN, PA 19464

(12/04/18)
(14241457)
(cr)

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(12/11/18)
(14244203)
(cr)

**DISCOVER CARD**

(12/04/18)

P.O. BOX 742655
CINCINATI, OH 45274-2655                                    (14241458)
                                                            (cr)

**DISNEY REWARDS**
CHASE CARDMEMBER SERVICE                                    (12/04/18)
P.O. BOX 1423                                               (14241459)
CHARLOTTE, NC 28201- 1423                                   (cr)

**FIRESTONE (CFNA)**
CREDIT FIRST NA                                             (12/04/18)
P.O. BOX 81344                                              (14241460)
CLEVELAND, OH 44188-0344                                    (cr)

**JPMorgan Chase Bank, N.A.**
P.O. Box 901032                                             (12/26/18)
Ft. Worth TX 76101-2032                                     (14250370)
                                                            (cr)

**KEITH CARMINE BURRELL**
3009 BURTON DRIVE                                           (12/04/18)
GILBERTSVILLE, PA 19525-8895                                (14241466)
                                                            (cr)

**KENNEITH D. BELL**
RECEIVER REX VENTURE GROUP                                  (12/04/18)
P.O. BOX 10252                                              (14241461)
DUBLIN, OH 43017-5752                                       (cr)

**LCA COLLECTIONS**
P.O. BOX 2240                                               (12/04/18)
BURLINGTON, NC 27216-2240                                   (14241462)
                                                            (cr)

**LVNV Funding, LLC**
Resurgent Capital Services                                  (01/16/19)
PO Box 10587                                                (14259175)
Greenville, SC 29603-0587                                   (cr)

**OLSA STUDENT LOAN SERVICING**
525 PARK AVENUE                                             (12/04/18)
OKLAHOMA CITY, OK 73106                                     (14241463)
                                                            (cr)

**OSLA Student Loan Servicing**
P.O. Box 18475                                              (01/03/19)
Oklahoma City, OK 73154-0475                                (14253790)
                                                            (cr)

**Pennsylvania Department of Revenue**
Bankruptcy Division PO Box 280946                           (11/30/18)
Harrisburg, PA 17128-0946                                   (14237869)
                                                            (cr)

**Quicken Loans Inc.**
635 Woodward Avenue                                         (01/25/19)
Detroit, MI 48226                                           (14263416)
                                                            (cr)

**QUIKEN LOANS, INC.**
P.O. BOX 6577                                               (12/04/18)
CAROL STREAM, IL 60197-6577                                 (14241464)
                                                            (cr)

STEPHANIE ANN BURRELL                          (12/04/18)
3009 BURTON DRIVE                              (14241465)
GILBERTSVILLE, PA 19525-8895                   (cr)

U.S. Department of Education                   (11/01/19)
PO Box 4278                                    (14415046)
Portland OR 97208-4278                         (cr)

## PACER Service Center

### Transaction Receipt

03/31/2020 16:57:06

| PACER Login: | mandelieu06:5796587:0 | Client Code: | |
|---|---|---|---|
| Description: | Creditor List | Search Criteria: | 18-17760-mdc Creditor Type: cr |
| Billable Pages: | 1 | Cost: | 0.10 |