Certificate Number: 15111-PAE-DE-037871101

Bankruptcy Case Number: 18-17760



15111-PAE-DE-037871101

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2023, at 1:48 o'clock PM EDT, Keith Burrell completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 22, 2023                    By:    /s/Ryan McDonough

                                            Name:  Ryan McDonough

                                            Title: Executive Director of Education