United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 18-17760-mdc
Keith Carmine Burrell     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Dec 22, 2023     Form ID: 138OBJ     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith Carmine Burrell, 3009 Burton Drive, Gilbertsville, PA 19525-8895 |
| 14241467 | | ALAN BRIAN JONES, ESQUIRE, P.O. BOX 627, LAKE ARIEL, PA 18436-0627 |
| 14241458 | | DISCOVER CARD, P.O. BOX 742655, CINCINATI, OH 45274-2655 |
| 14244393 | | JPMorgan Chase Bank, N.A., c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, PO Box 16508, Columbus, OH 43216-5028 |
| 14241461 | | KENNETH D. BELL, RECEIVER REX VENTURE GROUP, P.O. BOX 10252, DUBLIN, OH 43017-5752 |
| 14241463 | | OLSA STUDENT LOAN SERVICING, 525 PARK AVENUE, OKLAHOMA CITY, OK 73106 |
| 14254063 | + | Quicken Loans Inc., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14241465 | | STEPHANIE ANN BURRELL, 3009 BURTON DRIVE, GILBERTSVILLE, PA 19525-8895 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2023 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14241456 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:31 | CITI CARD, P.O. BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 14261287 | + | Email/Text: RASEBN@raslg.com | Dec 22 2023 23:43:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14241457 | | Email/Text: bankruptcy@diamondcu.com | Dec 22 2023 23:44:00 | DIAMOND CREDIT UNION, 1600 MEDICAL DRIVE, POTTSTOWN, PA 19464 |
| 14244203 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14241460 | | Email/Text: BKPT@cfna.com | Dec 22 2023 23:43:00 | FIRESTONE (CFNA), CREDIT FIRST NA, P.O. BOX 81344, CLEVELAND, OH 44188-0344 |
| 14261418 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 23:47:20 | Chase Bank USA, N.A., PO BOX 15368, Wilmington DE 19850 |
| 14241459 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 23:47:19 | DISNEY REWARDS, CHASE CARDMEMBER SERVICE, P.O. BOX 1423, CHARLOTTE, NC 28201- 1423 |
| 14250370 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 23:47:08 | JPMorgan Chase Bank, N.A., P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14241453 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 23:47:07 | CHASE AUTO FINANCE, P.O. BOX 78067, PHOENIX, ARIZONA 85062-8067 |
| 14241454 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 23:57:50 | CHASE AUTO FINANCE, P.O. BOX 78101, PHOENIX, AZ 85062-8101 |
| 14241455 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 23:47:29 | CHASE CREDIT CARD, 795 E. LANCASTER AVENUE, VILLANOVA, PA 19085 |
| 14241462 | | Email/Text: govtaudits@labcorp.com | Dec 22 2023 23:44:00 | LCA COLLECTIONS, P.O. BOX 2240, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14259175 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:19 | BURLINGTON, NC 27216-2240<br>LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14253790 | Email/Text: bankruptcydocs@osla.org | Dec 22 2023 23:44:00 | OSLA Student Loan Servicing, P.O. Box 18475, Oklahoma City, OK 73154-0475 |
| 14237869 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14241464 | Email/Text: bankruptcyteam@quickenloans.com | Dec 22 2023 23:44:00 | QUIKEN LOANS, INC., P.O. BOX 6577, CAROL STREAM, IL 60197-6577 |
| 14263416 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 22 2023 23:44:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14415046 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 22 2023 23:47:09 | U.S. Department of Education, PO Box 4278, Portland OR 97208-4278 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14241452 | | CREDITOR LISTING |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14241466 | * | KEITH CARMINE BURRELL, 3009 BURTON DRIVE, GILBERTSVILLE, PA 19525-8895 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| ALAN BRIAN JONES | on behalf of Debtor Keith Carmine Burrell abjlaw1945@gmail.com  sunnyslight@aol.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 22, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

LEEANE O. HUGGINS
    on behalf of Trustee WILLIAM C. MILLER Esq. lhuggins@ph13trustee.com

MARK A. CRONIN
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Keith Carmine Burrell

    Debtor(s)

Case No: 18−17760−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/22/23